UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STORY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAMMOTH MOUNTAIN SKI AREA, LLC, a Delaware limited-liability company,<br><br>Defendant. | No.  2:14-cv-2422 JAM DAD<br><br><br>ORDER |

On January 23, 2015, this matter came before the undersigned for hearing of defendant's motion for a protective order and plaintiff's motion to compel.  Attorneys Mark Greenstone and Christine Pham appeared telephonically on behalf of the plaintiff and attorneys Jordan Heinz and Jeffrey Willian appeared in person on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's January 7, 2015 motion for a protective order (Dkt. No. 18) is granted with respect to written discovery but denied with respect to the deposition of Tammy Innocenti;

2. Plaintiff's January 9, 2015 motion to compel the deposition of Tammy Innocenti (Dkt. No. 19) is granted as stated on the record but shall be limited to no more than two hours of questioning by plaintiff's counsel and also limited to questions pertaining to Ms. Innocenti's

December 18, 2014 declaration submitted in support of defendant's motion for stay; and

    3. The parties shall contact the Courtroom Deputy of the assigned District Judge to continue the hearing of defendant's motion to stay in order to allow time for the scheduling of the deposition in question and its use in connection with the motion for stay.

Dated: January 23, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\story2422.oah.012315.docx

2