Lionel Z. Glancy (SBN 134180)
Mark S. Greenstone (SBN 199606)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Paul Story*

Jeffrey L. Willian, P.C. (admitted *pro hac vice*)
jwillian@kirkland.com
Jordan M. Heinz (admitted *pro hac vice*)
jordan.heinz@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Mammoth Mountain Ski Area, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| PAUL STORY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MAMMOTH MOUNTAIN SKI AREA, LLC, a Delaware limited-liability company,<br><br>  Defendant. | Case No. 2:14-cv-02422-JAM-DAD<br><br>**JOINT STIPULATION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO STAY** |

Pursuant to Local Rule 144(a), Plaintiff Paul Story and Defendant Mammoth Mountain Ski Area, LLC, by and through their respective attorneys, hereby stipulate to reschedule the hearing on Defendant's Motion to Stay to Wednesday, April 8, 2015, at 9:30 a.m.

The hearing is currently scheduled for March 11, 2015.  Defendant's counsel have apprised Plaintiff's counsel that a scheduling conflict has arisen on that date.  The parties have since contacted the Courtroom Deputy, who has informed them that the earliest-available date for a continued hearing is April 8, 2015, at 9:30 a.m.

The parties respectfully request an order pursuant to this stipulation.  Pursuant to Local Rule 144(b), the parties note that this is the second continuance of the hearing on Defendant's Motion to Stay.  The first continuance was ordered by the Magistrate Judge on January 23, 2015.  Because of the earlier continuance, Plaintiff is only amenable to continuing the hearing date if the hearing is rescheduled to the earliest-available date:  April 8, 2015.

Dated: February 27, 2015

| GLANCY BINKOW & GOLDBERG LLP | KIRKLAND & ELLIS LLP |
|---|---|
| /s/  David Zelenski  (as authorized on 2/26/15)<br>Lionel Z. Glancy (SBN 134180)<br>Mark S. Greenstone (SBN 199606)<br>GLANCY BINKOW & GOLDBERG LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone:  (310) 201-9150<br>Facsimile:  (310) 201-9160<br>E-mail:  info@glancylaw.com<br><br>Michael J. Jaurigue (SBN 208123)<br>michael@jlglawyers.com<br>Abigail A. Zelenski (SBN 228610)<br>abigail@jlglawyers.com<br>David Zelenski (SBN 231768)<br>david@jlglawyers.com<br>JAURIGUE LAW GROUP<br>114 North Brand Boulevard, Suite 200<br>Glendale, CA 91203<br>Telephone:  (818) 630-7280<br>Facsimile:  (888) 879-1697<br><br>*Attorneys for Plaintiff Paul Story* | /s/ *Jordan M. Heinz*<br>John R. Edwards (SBN 244310)<br>john.edwards@kirkland.com<br>KIRKLAND & ELLIS LLP<br>3330 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 859-7000<br>Facsimile: (650) 859-7500<br><br>Jeffrey L. Willian, P.C. (admitted *pro hac vice*)<br>jwillian@kirkland.com<br>Jordan M. Heinz (admitted *pro hac vice*)<br>jordan.heinz@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Attorneys for Defendant Mammoth Mountain Ski Area, LLC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/27/2015                           /s/ John A. Mendez

United States District Court Judge
Hon. John A. Mendez

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on February 27, 2015 with a copy of this document via the Court's CM/ECF system.

/s/ *Jordan M. Heinz*
Jordan M. Heinz