GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiff*
[Additional Counsel for Plaintiff on Signature Page]

KIRKLAND & ELLIS LLP
Jeffrey L. Willian, P.C. (*pro hac vice*)
jwillian@kirkland.com
Jordan M. Heinz (*pro hac vice*)
jordan.heinz@kirkland.com
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STORY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAMMOTH MOUNTAIN SKI AREA, LLC, a Delaware limited-liability company,<br><br>Defendant. | Case No. 2:14-cv-02422-JAM-DB<br><br>**JOINT STIPULATION AND ORDER RE EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES** |

Plaintiff Paul Story and Defendant Mammoth Mountain Ski Area, LLC hereby submit the following Joint Stipulation And [Proposed] Order Re Extension Of Time For Plaintiff To Motion For Final Approval and Motion For Attorneys' Fees.

WHEREAS, on November 9, 2017 this Court issued its Order Granting Preliminary Approval Of Class-Action Settlement of the within matter ("Preliminary Approval Order") [ECF 77];

WHEREAS, pursuant to the Preliminary Approval Order, the Settlement Administrator duly sent out the Class Notice on December 20, 2017;

WHEREAS, pursuant to the Preliminary Approval Order, all papers in support of final approval of the Settlement are currently due to be filed by January 22, 2018 (*see* ECF 77 at ¶7(d) (providing that all papers in support of final approval of the Settlement shall be filed thirty-two (32) calendar days after the Settlement Administrator sends the Class Notice));

WHEREAS, due to the press of business and to permit time to receive and analyze a detailed status report from the Claims Administrator, Class Counsel desires a brief four day extension of time to file Plaintiff's Motion for Final Approval and Motion for Attorneys' Fees;

WHEREAS, the brief four day extension stipulated to herein will not prejudice any Class Member given that the deadline to file an objection to the Settlement or submit a Request for Exclusion is not until February 20, 2018 (*see id.* at ¶7(c) (providing that Class Members shall have sixty (60) calendar days after the Settlement Administrator sends the Class Notice to object or opt out of the Settlement)). Thus, even if the brief extension requested herein is granted, Class Members will have over three weeks to review Plaintiff's papers before the objection/exclusion deadline;

WHEREAS, Plaintiff has made no previous request for extension relating to the matter set forth herein;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the approval of the Court, as follows: Plaintiff shall have a four day extension of time to and including January 26, 2018 to file and serve Plaintiff's Motion for Final Approval and Motion for Attorneys' Fees.

361835.1 MAMMOTHMOUNTAIN

JT STIP & [PROPOSED] ORDER RE EXTENSION OF TIME FOR PLTF TO FILE FINAL APPROVAL & FEE MTNS

| | | |
|---|---|---|
| 1 | Dated: January 16, 2018 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | |
| 3 | | By: *s/ Mark S. Greenstone* |
| | | Lionel Z. Glancy (SBN 134180) |
| 4 | | Mark S. Greenstone (SBN 199606) |
| | | 1925 Century Park East, Suite 2100 |
| 5 | | Los Angeles, California 90067 |
| | | Telephone: (310) 201-9150 |
| 6 | | Facsimile: (310) 201-9160 |
| 7 | | E-mail: info@glancylaw.com |
| 8 | | JAURIGUE LAW GROUP |
| | | Michael J. Jaurigue (SBN 208123) |
| 9 | | Abigail A. Zelenski (SBN 228610) |
| | | David Zelenski (SBN 231768) |
| 10 | | 114 North Brand Boulevard, Suite 200 |
| | | Glendale, California 91203 |
| 11 | | michael@jlglawyers.com |
| 12 | | abigail@jlglawyers.com |
| | | david@jlglawyers.com |
| 13 | | christine@jlglawyers.com |
| | | Telephone: (818) 630-7280 |
| 14 | | Facsimile: (888) 879-1697 |
| 15 | | *Attorneys for Plaintiff* |
| 16 | | |
| 17 | Dated: January 16, 2018 | KIRKLAND & ELLIS LLP |
| 18 | | By: *s/ Jordan M. Heinz* |
| | | Jeffrey L. Willian, P.C. (*pro hac vice*) |
| | | jwillian@kirkland.com |
| 19 | | Jordan M. Heinz (*pro hac vice*) |
| | | jordan.heinz@kirkland.com |
| 20 | | KIRKLAND & ELLIS LLP |
| | | 300 North LaSalle Street |
| 21 | | Chicago, IL 60654 |
| | | Telephone: (312) 862-2000 |
| 22 | | Facsimile: (312) 862-2200 |
| 23 | | *Attorneys for Defendant Mammoth Mountain Ski Area, LLC* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**IT IS SO ORDERED**.

Dated: 1/16/2018

/s/ John A. Mendez_____
Hon. John A. Mendez
U.S. District Court Judge