

FILED

MAR 1 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STORY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAMMOTH MOUNTAIN SKI AREA, LLC, a Delaware limited-liability company,<br><br>Defendant. | Case No. 2:14-CV-02422-JAM-DB<br><br>[~~PROPOSED~~] FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE<br><br>*Assigned to Hon. John A. Mendez* |

Having entered the Final Order, the Court **HEREBY ENTERS JUDGMENT AS FOLLOWS:**[1]

1. Consistent with the Settlement Agreement and the Final Order, judgment is entered as to all Settlement Class Members. No Class Members submitted Requests for Exclusion pursuant to the procedure set forth in the Settlement Agreement; upon the Effective Date, all Class Members therefore shall have released the Released Parties from the Released Claims for the Class Period.

2. The Action is dismissed with prejudice.

3. Notwithstanding the dismissal with prejudice, the Court retains jurisdiction relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement, the Final Order, the Final Judgment, and for any other necessary purpose.

**IT IS SO ORDERED.**

Dated: 3-13-2018

Hon. John A. Mendez
U.S. District Judge

---

[1] Unless otherwise noted, all capitalized terms used herein have the meanings set forth in the Settlement Agreement attached as Exhibit 1 to the "Declaration of David Zelenski in Support of Plaintiff's Motion for Preliminary Approval of Class-Action Settlement."